ACCEPTED
05-15-00004-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/26/2015 4:51:18 PM
LISA MATZ
CLERK

## NO. 05-15-00004-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | FILED IN<br>5th COURT OF APPEALS<br>DALLAS, TEXAS |
| | § | | |
| **VS.** | § | **Fifth COURT** | 5/26/2015 4:51:18 PM |
| | § | | LISA MATZ<br>Clerk |
| **KARL MULLENS** | § | **OF APPEALS** | |

### SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Karl Mullens, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 59th Judicial District Court of Grayson County, Texas.

2. The case below was styled the <u>STATE OF TEXAS vs. Karl Mullens,</u> and numbered 063112.

3. Appellant was convicted of Driving While Intoxicated 3rd or More.

4. Appellant was assessed a sentence of ten years on October 23, 2014.

5. Notice of appeal was given on December 31, 2014.

**Motion to Extend Time to File Appellant's Brief**                                 **Page 1**

6. The clerk's record was filed on January 27, 2015; the reporter's record was filed on March 27, 2015.

7. The appellate brief is presently due on May 26, 2015.

8. Appellant requests an extension of time of 30 days from the present date, i.e. June 26, 2015.

9. One extension to file the brief has been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Appellant Codi Holt's undersigned counsel's home is located in an area (Grayson County, Texas - Lake Texoma) which has been recently declared a disaster area due to extensive flooding. The undersigned attorney has been involved in numerous activities in attempting to save her residence from flood waters which has now forced the evacuation of her personal property and family from her home.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

**PAMELA A. MCGRAW, P.C.**
208 W. Cherry St.
Sherman, TX 75090
Tel: (903) 868-9490
Fax: (903) 891-1918

By: _____
Pamela A. McGraw
State Bar No. 00788018
pamela007mcgraw@yahoo.com
Attorney for Karl Mullens

## CERTIFICATE OF SERVICE

This is to certify that on May 26, 2015, a true and correct copy of the above

and foregoing document was served on the District Attorney's Office, Grayson

County, 200 South Crockett, Sherman, Texas 75090, by fax to (903) 892-9933.

_____
Pamela A. McGraw

STATE OF TEXAS       §
              §
COUNTY OF GRAYSON     §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Pamela A. McGraw, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

Pamela A. McGraw
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on _____ 5/26, 2015, to certify which witness my hand and seal of office.



Kim Harbin
Commission Expires
09-04-2017

Notary Public, State of Texas

**Motion to Extend Time to File Appellant's Brief**          **Page 4**